**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Benjamin T Pershouse

        Plaintiff

  V.

                                           CIVIL ACTION

                                           NO.  18-10800-NMG

L.L. Bean, Inc.

        Defendant

## ORDER OF DISMISSAL

Gorton, D. J.

     In accordance with the Court's Memorandum and Order dated March 26, 2019 GRANTING the Defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                 By the Court,

3/26/2019                                         /s/ Christina McDonagh
Date                                               Deputy Clerk